IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED JUN 13 2012

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:12-CR-217 |
| ) | |
| MAURICIO SANTOYO ) | |
| VELASCO, ) | |
| Defendant. ) | |

## ORDER TO UNSEAL

The UNITED STATES, having moved to unseal the indictment and arrest warrant; and

The COURT, having found that such unsealing is appropriate; it is hereby

ORDERED, ADJUDGED, and DECREED that, the indictment and arrest warrant be unsealed.

/s/Thomas Rawles Jones, Jr.

The Honorable T. Rawles Jones, Jr.
United States Magistrate Judge

Date: 6/13/12
Alexandria, Virginia