```
Court Name: United States District Court
Division: 1
Receipt Number: 14683029005
Cashier ID: rbroaden
Transaction Date: 07/06/2012
Payer Name: OSCAR RODRIGUEZ
------------------------------------
PRO HAC VICE
 For: OSCAR RODRIGUEZ
 Case/Party: D-VAE-1-12-CR-PROHAC-001
 Amount:        $75.00
------------------------------------
CHECK
 Remitter: ZWERLING
 Check/Money Order Num: 926
 Amt Tendered: $75.00
------------------------------------
Total Due:       $75.00
Total Tendered: $75.00
Change Amt:      $0.00

PRO HAC VICE

112CR217
OSCAR RODRIGUEZ
```