UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES | : |
| v. | :    Case No. 1:12-CR-217 |
| MAURICIO SANTOYO VELASCO | : |
| Defendant | : |

NOTICE OF ENTRY OF APPEARANCE

    The Clerk of this Court shall take notice that the undersigned attorney is entering an appearance as retained counsel on behalf of defendant Mauricio Santoyo Velasco. The undersigned is joining the defendant's legal team, not replacing current counsel.

Respectfully submitted,

*Sandi S. Rhee*

---

Sandi S. Rhee
Counsel for the Defendant
1712 N Street, N.W.
Washington, D.C. 20036
202-450-6125 (office)
202-285-8366 (cellular)
SandiRheeLaw@Gmail.com
VA Bar No. 47328

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Appearance was filed via the Electronic Filing System upon counsel for the Government, and all upon all other defense counsel of record, this 25th day of April, 2016.

*Sandi S. Rhee*
_____
Sandi S. Rhee