AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:12-CR-217 |
| Mauricio Santoyo Velasco | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mauricio Santoyo Velasco

Date: 04/27/2016

*Attorney's signature*

Jay Mykytiuk #73592
*Printed name and bar number*
406 5th Street, NW Suite 100
Washington, D.C. 20001

*Address*

jpm@scrofanolaw.com
*E-mail address*

(202) 630-1522
*Telephone number*

*FAX number*